IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OATHER DALE ADAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV347 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUBLE R. FLOORING, and | ) | ORDER |
| RITE-A-WAY INDUSTRIES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendants' request for trial in North Platte (Filing 9). Plaintiff initially requested that trial be held in Omaha. Considering plaintiff's response (Filing 16), I will deny the motion without prejudice to reassertion at the time of the parties' Rule 16 planning conference, now scheduled for January 26, 2006.

**IT IS SO ORDERED.**

**DATED November 4, 2005.**

    **BY THE COURT:**

    **s/ F.A. Gossett**
    **United States Magistrate Judge**