IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Oather Dale Aday,<br><br>          Plaintiff,<br><br>vs.<br><br>Rite-A-Way Industries, Inc. and<br>Double R. Flooring, Inc.,<br><br>          Defendants. | Case No. 8:05CV347<br><br>**ORDER** |

   THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were Leonard P. Vyhnalek representing the plaintiff, Terrance O. Waite representing defendant Double R Flooring, and Stephanie Stacy representing defendant Rite-A-Way Industries. After reviewing the status of the case,

   **IT IS ORDERED:**

   1. The Rule 16 planning conference is continued to **May 15, 2006 at 9:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

   Dated this 27th day of March 2006.

                              BY THE COURT:

                              s/ F. A. Gossett
                              United States Magistrate Judge