IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OATHER DALE ADAY, | ) | CASE NO. 8:05CV347 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| DOUBLE R. FLOORING, and RITE-A-WAY INDUSTRIES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation and Joint Motion for Judgment of Dismissal with Prejudice.  I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Complaint should be dismissed. Accordingly,

IT IS ORDERED:

1.      The Stipulation and Joint Motion for Judgment of Dismissal with Prejudice (Filing No. 36) is granted;

2.      The Complaint and all claims in this matter are dismissed with prejudice;

3.      The parties shall pay their own costs and attorney's fee.

DATED this 25th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge